UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERXAVIER LANE (#508509)** | **CIVIL ACTION** |
| **VERSUS** | |
| **CHASE BOITNOTT, ET AL.** | **NO. 21-529-JWD-SDJ** |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 9, 2023 (Doc. 26), to which an objection was filed and considered (Doc. 27);

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 21) is granted, dismissing Plaintiff's claims with prejudice. The Court declines to exercise of supplemental jurisdiction over state law claims.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 10, 2023</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**